UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RONALD SIMS, | ) |
| *Plaintiff*, | ) |
| | ) No. 1:23-cv-00170-CHS |
| v. | ) |
| | ) JURY DEMAND |
| WAL-MART STORES EAST LP, | ) |
| *Defendant*. | ) |

## AGREED STIPULATION AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Joint Motion for Entry of Agreed Stipulation and Order of Final Dismissal with Prejudice [Doc. 25] filed by Plaintiff Ronald Sims and Defendant Wal-Mart Stores East LP.[1] Counsel for the parties represent that all matters in controversy have been compromised and settled; that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare; that Plaintiff has no child support liens or arrearages outstanding or currently owed; and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by Plaintiff from the settlement proceeds as required by law.

By agreement of the parties and for good cause shown, it is hereby **ORDERED** that:

1. The parties' Joint Motion for Entry of Agreed Stipulation and Order of Final Dismissal with Prejudice [Doc. 25] is **GRANTED**.

2. This lawsuit is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

---

[1] Wal-Mart Stores East, LP is the sole defendant per order [Doc. 18] entered by the Court on Oct. 20, 2023.